then the Court may reconsider Huebner's motion to dismiss pursuant to Rule 29(a)

Fed.R.Crim.P.

Huebner's motion for grand jury transcripts (*Doc. 20*) is **DENIED**.

**SO ORDERED.**

Dated this 19th day of January, 2011.

_/s/ Richard F. Cebull_____
Richard F. Cebull
United States District Judge